UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLAMETTE EGG FARMS, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM COMMUNICATIONS, INC., a Washington Corporation,<br><br>Defendant. | NO: 2:15-CV-0054-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 15). Pursuant to Plaintiff's notice, all claims and causes of action are DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

The District Court Clerk shall enter this order, furnish copies to counsel, and **CLOSE** the file.

Dated January 19, 2016.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 1